Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Frederic Esrailian (Bar No. 232799)
FEsrailian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

JS 6

Attorneys for Defendants
BCBSM, INC., d/b/a BLUE CROSS BLUE SHIELD OF MINNESOTA, erroneously sued herein as BLUE CROSS BLUE SHIELD OF MINNESOTA, and NORTHWEST AIRLINES, INC. GROUP MEDICAL PLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE BERG,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BLUE CROSS BLUE SHIELD OF MINNESOTA and NORTHWEST AIRLINES, INC. GROUP MEDICAL PLAN,<br><br>　　　　Defendants. | Case No. CV09-3049 DSF (RCx)<br><br>ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>[F.R.C.P. 41(a)] |

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. CV09-3049 DSF (RCx), is dismissed in its entirety as to all defendants, with prejudice; and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated:  November 9, 2009

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE